In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK.

BESSIE VILLA et al., Appellants.

(Submitted November 18, 1935; decided November 26, 1935.)

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by adding thereto the following:

"A question under the Federal Constitution was presented and necessarily passed upon by this Court, viz.: that Section 34 of the Workmen's Compensation Law of this State is repugnant to the Constitution of the United States in that it offends Section 2 of Article 4, and Section 1 of the Fourteenth Amendment thereto. This Court held that Section 34 of the Workmen's Compensation Law of this State is not repugnant to Section 2 of Article 4 of the Constitution of the United States and does not offend Section 1 of the Fourteenth Amendment thereto." (See 266 N. Y. 589.)

In the Matter of JEWISH MENTAL HEALTH SOCIETY, Appellant, against VILLAGE OF HASTINGS et al., Respondents.

(Submitted November 18, 1935; decided November 26, 1935.)

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by adding the following thereto:

"A question under the Federal Constitution was presented and necessarily passed upon by this Court, viz.: that the zoning Ordinance of the Village of Hastings was repugnant to Section 1 of the 14th Amendment of the Constitution of the United States. This Court held that the zoning ordinance aforesaid is not repugnant to said amendment of the Constitution of the United States." (See 268 N. Y. 458.)